CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED

JUL 28 2010

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ANGELA VANBUREN, <br> Plaintiff, | Civil Action No. 7:10CV00132 |
| v. | ORDER |
| VIRGINIA HIGHLANDS ORTHOPAEDIC SPINE CENTER, LLC, <br><br> and <br><br> STEPHEN A. GRUBB, M.D., <br> Defendants. | By: Hon. James C. Turk <br> Senior United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby

**ORDERED**

that the Defendants' Motion to Dismiss is **GRANTED in Part** and **DENIED in Part**. The Plaintiff's Motion to Strike is **DENIED**. Dr. Grubb is hereby **DISMISSED** as a party from this action.

The Clerk of Court is directed to send a copy of this Order and the accompanying Memorandum Opinion to counsel of record for the Plaintiff and counsel of record for the Defendants.

ENTER: This 28th day of July, 2010.

/s/ James C. Turk
Senior United States District Judge