CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 23 2010

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ANGELA VANBUREN, | ) | |
| Plaintiff, | ) | Civil Action No. 7:10-CV-00132 |
| 7:10CV00132 | ) | |
| | ) | |
| v. | ) | **FINAL ORDER as to** |
| | ) | **DR. GRUBB** |
| VIRGINIA HIGHLANDS | ) | |
| ORTHOPAEDIC SPINE CENTER, LLC, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| STEPHEN A. GRUBB, M.D., | ) | |
| Defendants. | ) | |

In accordance with the accompanying Memorandum Opinion, it is hereby

ORDERED

that the Plaintiff's Motion for Certification under Federal Rule of Civil Procedure 54(b) is **GRANTED**, and that final judgment is entered in favor of Dr. Grubb.

The Clerk of Court is directed to remove Dr. Grubb's name from the case caption and send a copy of this Order and the Memorandum Opinion to counsel of record for the Plaintiff and the Defendants.

ENTER: This 23rd day of September, 2010.

Senior United States District Judge