IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| Angela Louise Harrison, *formerly* Angela VanBuren,<br><br>    *Plaintiff,*<br><br>v.<br><br>Virginia Highlands Orthopaedic Spine Center, LLC,<br><br>and<br><br>Stephen A. Grubb, M.D.<br><br>    *Defendants.* | Civil Action No. 7:10-cv-00132 |

**Plaintiff's NOTICE OF DEPOSITION of Kathleen W. Hahn, M.D.**

TAKE NOTICE that the Plaintiff, Angela Louise Harrison, serves this notice of **Kathleen W. Hahn, M.D.'s** deposition pursuant to the Federal Rules of Civil Procedure.

The deposition will take place on **Wednesday, January 29, 2014,** beginning at **3:00 p.m.** at the law office of **GIBSON, LEFLER & ASSOCIATES, 1345 Mercer Street, Princeton, WV 24740-3033.** This deposition will be taken for the purpose of discovery and/or use as evidence at trial, upon oral examination pursuant to the Federal Rules of Civil Procedure, before an officer authorized to administer oaths and will be recorded by audio, visual and/or stenographic means. If not then begun, or if begun and not completed, this deposition will be continued from time to time and from place to place until completed.

Date: January 15, 2014

18358/1/6536678v1

                                          ANGELA LOUISE HARRISON

                                 By: _____/s/ James J. O'Keefe, IV_____
                                                Of Counsel

Paul G. Klockenbrink (VSB No. 33032)
James J. O'Keeffe, IV (VSB No. 48620)
GENTRY LOCKE RAKES & MOORE LLP
800 SunTrust Plaza
P.O. Box 40013
Roanoke, Virginia 24022-0013
Telephone: (540) 983-9300
Fax: (540) 983-9400
Email: klockenbrink@gentrylocke.com
        okeeffe@gentrylocke.com
*Counsel for Plaintiff*

## Certificate of Service

I hereby certify that on the 15th day of January, 2014, the foregoing has been filed with the Court using the ECF filing system, which will send notice to

                Terry N. Grimes (VSB No. 24127)
                Brittany M. Hornady (VSB No. 86416)
                TERRY N. GRIMES, ESQ., P.C.
                Franklin Commons
                320 Elm Avenue, SW
                Roanoke, VA 24016
                tgrimes@terryngrimes.com
                *Counsel for Defendants*

                                        ANGELA LOUISE HARRISON

                                 By: _____/s/ James J. O'Keeffe, IV_____
                                               Of Counsel